STATE OF CONNECTICUT *v.* THOMAS CHRISTOPHER WOOD
(11266)

DUPONT, C. J., DALY and FOTI, Js.

Argued June 11—decision released July 6, 1993

*William Holden,* public defender, for the appellant (defendant).

*Donald A. Browne,* state's attorney, with whom, on the brief, was *John Smriga,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.